**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  11-cv-02402-LTB-KMT

THOMAS C. PICKERING,

      Plaintiff,

v.

THE TOWN OF ESTES PARK, COLORADO,
ERIC W. BLACKHURST, in his official capacity as Trustee of the Town of Estes Park,
MARK ELROD, in his official capacity as Trustee of the Town of Estes Park,
JOHN ERICSON, in his official capacity as Trustee of the Town of Estes Park,
WENDY KOENIG, in her official capacity as Trustee of the Town of Estes Park,
JERRY MILLER, in his official capacity as Trustee of the Town of Estes Park,
CHUCK LEVINE, in his official capacity as Mayor Pro Tem of the Town of Estes Park,
WILLIAM C. PIINKHAM, in his official capacity as Mayor of the Town of Estes Park; and
JACQUIE HALBURNT, in her official capacity as the Town Administrator of the Town of Estes Park, Colorado,

      Defendants.

---

**ORDER OF DISMISSAL**

---

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 13 - filed May 11, 2012), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                              BY THE COURT:

                                                s/Lewis T. Babcock
                                              Lewis T. Babcock, Judge

DATED:   May 14, 2012